1  THOMAS M. MCINERNEY, State Bar No. 162055
   tmm@ogletreedeakins.com
2  BROOKE S. PURCELL, State Bar No. 260058
   brooke.purcell@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:    415.442.4810
   Facsimile:    415.442.4870
6
   Attorneys for Defendant
7  THE FINISH LINE, INC.

8  DENNIS M. BROWN, State Bar No. 126575
   dbrown@littler.com
9  ANNE SWEENEY JORDAN, State Bar No. 273589
   ajordan@littler.com
10 LITTLER MENDELSON, P.C.
   50 W. San Fernando, 15th Floor
11 San Jose, CA 95113.2303
   Telephone:    408.998.4150
12 Fax No.:      408.288.5686

13 Attorneys for Defendants
   CIGNA HEALTH CORPORATION; LIFE INSURANCE
14 COMPANY OF NORTH AMERICA

15 ALLAN A. VILLALNEUVA, State Bar No. 163480
   villanuevalawoffice@gmail.com
16 LAW OFFICES OF ALLAN A. VILLALNEUVA
   1001 Bayhill Drive, Suite 200
17 San Bruno, CA  94066
   Telephone:    650.616.4144
18 Facsimile:    650.479.3086

19 Attorneys for Plaintiff
   RITAROSE CAPILI
20
                      **UNITED STATES DISTRICT COURT**
21
                      **NORTHERN DISTRICT OF CALIFORNIA**
22

| RITAROSE CAPILI, | Case No. 3:15-cv-01158-HSG |
|---|---|
| Plaintiff, | **AMENDED STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DATES** |
| v. | |
| THE FINISH LINE, INC.; CIGNA HEALTH CORPORATION; LIFE INSURANCE COMPANY OF NORTH AMERICA; AND DOES 1-100, | Complaint Filed: February 6, 2015<br>Trial Date:       None Set<br>Judge:            Hon. Haywood S. Gilliam, Jr. |
| Defendants. | |

1  Pursuant to Local Rule 6-2 Plaintiff Ritarose Capili ("Plaintiff") and Defendants The Finish
2  Line, Inc. ("Finish Line"), Cigna Health Corporation, and Life Insurance Company of North
3  America (collectively, "Defendants"), by and through their respective counsel, hereby stipulate and
4  agree as follows:
5  WHEREAS the deadline for the FRCP Rule 26 Report and Case Management Statement to
6  be filed is June 2, 2015;
7  WHEREAS the Initial Case Management Conference in this action is currently scheduled
8  for June 9, 2015;
9  WHEREAS on May 15, 2015, Finish Line filed a Motion to Compel Entire Action to
10 Binding Arbitration and requested to stay proceedings pending arbitration;
11 WHEREAS, in the interest of judicial economy, and to allow for a ruling on Finish Line's
12 pending Motion to Compel Entire Action to Binding Arbitration, the parties jointly request that the
13 Court continue the Case Management Conference to a date that is convenient for the Court, but no
14 sooner than four (4) weeks after the Court rules on the pending motion.
15 WHEREAS, the parties jointly request that the Court order that the Joint Case Management
16 Statement be filed no later than five (5) court days before the scheduled Case Management
17 Conference.
18 NOW THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE AS
19 FOLLOWS:
20 1.  The Case Management Conference shall be scheduled on a date that is convenient
21 for the Court no sooner than four (4) weeks after the Court rules on the pending Finish Line Motion
22 to Compel Entire Action to Binding Arbitration.
23 2.  The JOINT Case Management Statement shall be filed no later than five (5) court
24 days before the scheduled Case Management Conference.

| | | |
|---|---|---|
| DATED: May 21, 2015 | | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |

By: /s/ *Thomas M. McInerney*
  THOMAS M. MCINERNEY
  BROOKE S. PURCELL

Attorneys for Defendant
THE FINISH LINE, INC.

DATED: May 21 2015        LITTLER MENDELSON, P.C.

By: /s/ *Dennis M. Brown*
  DENNIS M. BROWN
  ANNE SWEENEY JORDAN

Attorneys for Defendants
CIGNA HEALTH CORPORATION;
LIFE INSURANCE COMPANY OF NORTH AMERICA

DATED: May 21, 2015        LAW OFFICES OF ALLAN A. VILLANUEVA

By: /s/ *Allan A. Villanueva*
  ALLAN A. VILLALNUEVA

Attorneys for Plaintiff
RITAROSE CAPILI

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that the concurrence in the filing of this document has been obtained from the other signatories.

DATED: May 22, 2015        By: /s/ *Thomas M. McInerney*
              Thomas M. McInerney

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED. The currently set Case Management Conference is hereby vacated to be reset after a ruling on the pending Motion to Compel Entire Action to Binding Arbitration is issued.

DATED: May 27, 2015

_____
HONORABLE HAYWOOD S. GILLIAM

21292227.1