UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITAROSE CAPILI,<br><br>        Plaintiff,<br><br>vs.<br><br>THE FINISH LINE, INC.; CIGNA HEALTH CORPORATION; LIFE INSURANCE COMPANY OF NORTH AMERICA; AND DOES 1-100,<br><br>        Defendant. | CASE NO. 4:15-cv-01158-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐    **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
☐    **Mediation** (ADR L.R. 6)

☒    **Private ADR** (*specify process and provider*)
Private Mediation with Alan R. Berkowitz, Esq.

The parties agree to hold the ADR session by:

*Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

☐    the presumptive deadline (*90 days from the date of the order referring the case to ADR, unless otherwise ordered.*)

☒    other requested deadline: January 31, 2018

Date: September 18, 2017                       */s/ Allan A. Villanueva*
                                                      Attorney for Plaintiff, Ritarose Capili

Date: September 18, 2017                       */s/ Dennis M. Brown*
                                                      Attorney for Defendants, CIGNA Health Corporation; Life Insurance Company of North America

Date: September 18, 2017                       */s/ Thomas M. McInerney*
                                                      Attorney for Defendant, The Finish Line, Inc.

☒   IT IS SO ORDERED
☐   IT IS SO ORDERED WITH MODIFICATIONS:

Date: 9/19/2017

*Haywood S. Gilliam, Jr.*
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."